# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

EDDIE A. POINDEXTER, JR.                                        PLAINTIFF
ADC #121353


v.                                  No: 3:22-cv-323-DPM

FOSTER, Captain, North
Central Unit, ADC;  GARY QUEEN,
Sgt., North Central Unit, ADC;
C BRANDON, Captain, North
Central Unit, ADC;  ROGERS,
Bldg Major, North Central Unit;  and
M GRAY, Correctional Warden,
North Central Unit                                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 9*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Poindexter's motion for a preliminary injunction, *Doc. 4*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2023