IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE A. POINDEXTER, JR.
ADC #121353                                             PLAINTIFFS

v.                          No. 3:22-cv-323-DPM

FOSTER, Captain, North Central Unit,
ADC;  GARY QUEEN, Sgt., North
Central Unit, ADC;  C. BRANDON,
Captain, North Central Unit, ADC;
ROGERS, Bldg. Major, North Central
Unit;  and M. GRAY, Correctional
Warden, North Central Unit                         DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 12*, and overrules Poindexter's objections, *Doc. 15*.  Fed. R. Civ. P. 72(b)(3).  His amended complaint will be dismissed without prejudice.

The Court recommends that this dismissal count as a "strike" for the purposes of 28 U.S.C. § 1915(g).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

22 February 2023