IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDDIE A. POINDEXTER, JR.
ADC #121353                                                                PLAINTIFFS

v.                          No. 3:22-cv-323-DPM

FOSTER, Captain, North Central Unit,
ADC; GARY QUEEN, Sgt., North
Central Unit, ADC; C. BRANDON,
Captain, North Central Unit, ADC;
ROGERS, Bldg. Major, North Central
Unit; and M. GRAY, Correctional
Warden, North Central Unit                                                 DEFENDANTS

## JUDGMENT

Poindexter's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2023